IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BARBARA JEAN CARPENTER,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                  Case No. 13-cv-026-wmc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Barbara Jean Carpenter reversing the decision of the Commissioner of Social Security denying plaintiff's application for disability benefits and remanding this case to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

      _____s/ A. Wiseman, Deputy Clerk_____      ____September 30, 2014____
            Peter Oppeneer, Clerk of Court                             Date